In the Matter of the Claim of ERNEST BOGENSCHUTZ, Respondent, v. HOPE'S WINDOWS, INC. et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— AULISI, J.

Gibson, P. J., Herlihy, Reynolds, Aulisi and Gabrielli, JJ., concur in memorandum by Aulisi, J.